DKET No. **15 MAG 2508**  DEFENDANT: **Anthony R Murgio**

AUSA **Eun Young Choi**   DEF.'S COUNSEL **Gregg Kehoe**

☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA   PD 5 min

☐ _____ INTERPRETER NEEDED  ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST 8/10/15 -NY  7/21 - FL  ☑ VOL. SURR.

☐ Other: **A/W issued 7/17/15**   TIME OF ARREST ____  ☐ ON WRIT

TIME OF PRESENTMENT 8/10 11:25 am

### BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ **100,000** PRB — not associated w/ coin.mx
☑ **2** FRP
☑ SECURED BY $ **100,000** CASH/PROPERTY: **Cash or mother's house**
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ for crt, counsel, seeking emp; SD Fla, MDFla unrestricted
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☑ REGULAR PRETRIAL SUPERVISION  ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT  ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS **No emp. by money transmittal bsn; no communication w/ persons associated w/ coin.mx**

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☑ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: **security**
_____ ; REMAINING CONDITIONS TO BE MET BY **8/20 (2 FRPs)**

COMMENTS/ADDITIONAL PROCEEDINGS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED  ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED  ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **9/9/15**  ☐ ON DEFENDANT'S CONSENT

DATE: **8/10/15**

**James C. Francis IV**
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.