UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

v.

ANTHONY MURGIO,

               *Defendant.*
------------------------------------------------------X

**Order of Continuance**

15 Mag. 2508

    Upon the application of the United States of America and the affirmation of Eun Young Choi, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 371, 1956, 1960, and 2, and 31 U.S.C. §§ 5318(g) and 5322(a) in a complaint dated July 17, 2015, and was arrested on July 21, 2015 in the Middle District of Florida and presented before the District Court in that district that day, pursuant to Rule 5(c)(3);

    It is further found that the defendant was presented before Magistrate Judge James C. Francis on August 10, 2015, and was released on bail;

    It is further found that Gregory Kehoe, Esq., counsel for defendant Murgio, and AUSA Eun Young Choi have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

    It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and



It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until October 9, 2015, and that a copy of this Order and the affirmation of AUSA Eun Young Choi be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: September 9, 2015
New York, New York

_____
UNITED STATES MAGISTRATE JUDGE